IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:06CR323
                              )
      v.                      )
                              )
EARL ANTHONY CHANG,           )
                              )
            Defendant.        )
_____)
```

      This matter is before the Court on defendant's motion for change of plea hearing and sentencing in the District of Nebraska (Filing No. 26). Accordingly,

      IT IS ORDERED that defendant's motion is granted. A Rule 11 hearing is scheduled for:

**Wednesday, August 8, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

      DATED this 30th day of July, 2007.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court