IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR323 |
| v. | ) | |
| EARL CHANG, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion to Dismiss Forfeiture Count and <u>Memorandum</u> Brief (Filing No. 33). The Court has reviewed the record in this case and finds the United States' motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss Forfeiture Count is sustained.

2. Count II of the Indictment is dismissed.

DATED this 9th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court