IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>EARL CHANG, )<br>)<br>    Defendant. )<br>_____) | 8:06CR323<br><br><br>ORDER |

      This matter is before the Court on the motion to withdraw the motion to dismiss forfeiture count (Filing No. 34) filed by the plaintiff.  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED:

      1) The motion to withdraw the motion to dismiss the forfeiture count is granted.

      2) This Court's order (Filing No. 35) is vacated and set aside.  Count II of the Indictment is reinstated.

      DATED this 10th day of August, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court